**1148**

ages for breach of contract. From a judgment in favor of plaintiff, defendant appeals. Reversed. David E. Grossman, for appellant. Walter T. Rosenstein, for respondent.

PER CURIAM. The complaint, originally for goods sold and delivered, was amended at the trial so as to be for damages through breach of contract. There was no evidence of delivery, and none of any damage. The judgment must therefore be reversed, and a new trial granted, with costs to the appellant to abide the event.

---

ROTH, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Julius Roth against the Third Avenue Railroad Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Hoadley, Lauterbach & Johnson, for appellant. Leon Lewin, for respondent.

PER CURIAM. All the witnesses agree that the plaintiff's cart and defendant's car collided twice. The first collision was slight, and did no damage, and after it the car came to a full stop. The damage was done by the second impact. There was a sharp controversy as to whether the collision resulted from the starting of the car before the cart had got off the track, or whether the cart backed into the car. Upon this issue the court found for the plaintiff, and we see no reason to reverse the finding. Judgment affirmed, with costs.

---

ROUTENBERG v. SCHWEITZER. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by L. Routenberg against M. Schweitzer. No opinion. Motion granted.

---

RUBERTI v. ERA et al. (Supreme Court, Appellate Term. April 16, 1900.) Action by Alexandro Ruberti against Guiseppe Era and another. Judgment reversed. J. S. Strahl, for appellant. L. Spiegel, for respondent.

PER CURIAM. After a careful examination of the record and weighing of the evidence, we entertain such grave doubt as to the correctness of the judgment that we feel that the interests of justice will best be subserved by ordering a new trial. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

---

RUHLAND et al., Appellants, v. OETINGER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Joseph Ruhland and another against Christian Oetinger and others. No opinion. Motion for reargument denied, with $10 costs.

---

SAMPLE, Respondent, v. THOMPSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by James M. Sample against John M. Thompson and another. No opinion. Judgment affirmed, with costs.

---

SCHLEMMER, Respondent, v. PHIBBS, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1900.) Action by Martha Schlemmer against Jennie S. Phibbs. No opinion. Judgment and order affirmed, with costs.

---

SCHNEIDER, Appellant, v. KELLY, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Katherine Schneider against Henry T. Kelly. No opinion. Appeal dismissed, with costs, under general rule 39.

---

In re SEARLES. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) In the matter of the probate of the will of Sophia A. Searles, deceased. No opinion. Decree of the surrogate's court affirmed, with costs.

---

SEEGER, Respondent, v. STATEN ISLAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by Jacob F. Seeger against the Staten Island Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

SEGGERMAN et al., Appellants, v. SWORTS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Frederick K. Seggerman and another against Carpenter R. Sworts and another. No opinion. Judgment affirmed, with costs.

---

SHAUT et al., Respondents, v. SHAUROTH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 12, 1900.) Action by Theodore J. Shaut and another against Udo V. Shauroth and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

SIAS et al., Appellants, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 12, 1900.) Action by Henry H. Sias and another, as administrators, etc., against the Rochester Railway Company. No opinion. Judgment affirmed, with costs. See 18 App. Div. 506, 46 N. Y. Supp. 582.

---

SIAS et al. v. ROCHESTER RY. CO. (Supreme Court, Appellate Division, Fourth Department. April 24, 1900.) Action by Henry H. Sias and another, as administrators, etc., against the Rochester Railway Company. No opinion. Motion for leave to appeal to the court of appeals granted. See 46 N. Y. Supp. 582.

---

SLEVIN, Appellant, v. UTICA ELECTRIC LIGHT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Thomas J. Slevin against the Utica Electric Light Company. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 62 N. Y. Supp. 1147.